FILED

MAY 20 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **FILED UNDER SEAL** |
| | § | |
| v. | § | No. 4:26-CR-120 |
| | § | Judge SDJ/BD |
| JAMES ERVIN MATISI | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

Violation: 18 U.S.C. § 871(a)
(Threat Against the President)

On or about March 18, 2025, the defendant, **James Ervin Matisi**, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, by posting on BlueSky Social in response to a post about the President, "I'm going to cut his lying tongue out of his brainless skull one day."

In violation of 18 U.S.C. § 871(a).

## COUNT TWO

Violation: 18 U.S.C. § 871(a)
(Threat Against the President)

On or about March 18, 2025, the defendant, **James Ervin Matisi**, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon

the President of the United States, specifically, by posting on BlueSky Social in response to a post about the President, "Bullet meet forehead."

In violation of 18 U.S.C. § 871(a).

**COUNT THREE**

Violation: 18 U.S.C. § 871(a)
(Threat Against the President)

On or about March 27, 2025, the defendant, **James Ervin Matisi**, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, by posting on BlueSky Social in response to a post about the President, "I don't want to impeach him. What I want to do to him involves a lot of his blood staining the surroundings. Just saying."

In violation of 18 U.S.C. § 871(a).

**COUNT FOUR**

Violation: 18 U.S.C. § 115(a)(1)(B) (Threatening a Federal Official)

On or about May 4, 2025, within the Eastern District of Texas, **James Ervin Matisi**, defendant, did knowingly threaten to assault or murder the U.S. Border Czar and did so with the intent to impede, intimidate, interfere with, or retaliate against the Director while he was engaged in the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

## COUNT FIVE

Violation: 18 U.S.C. § 922(g)(9)
(Possession of Firearms by an Individual Convicted of a Misdemeanor Crime of Domestic Violence)

On or about March 13, 2026, in the Eastern District of Texas, the defendant, **James Ervin Matisi**, did knowingly possess, in or affecting interstate or foreign commerce, firearms, to wit,

1. a Taurus model 608 .357 magnum caliber revolver;
2. a Beretta model 20 .25 caliber pistol;
3. a Sturm Ruger & Co. model P94, .40 S&W caliber pistol;
4. a Glock model 30 .45 auto caliber pistol;
5. a Winchester model 37 .20 gauge shotgun;
6. a Schuetzen Gun Works model CAR-AR .223/5.56x45mm caliber rifle; and
7. a Chinese-made SKS-type 7.62x39mm caliber rifle.

The defendant had been convicted of a misdemeanor crime of domestic violence, to wit: Assault Causing Bodily Injury to a Family Member, in Cause No. 002-81996-06 in Collin County (Texas) Court at Law No. 2, on June 9, 2006, against TM. At the time he possessed the firearms, the defendant knew that he had been convicted of this misdemeanor.

In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2).

# NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c)

As the result of committing one or more of the foregoing offenses alleged in this indictment, the defendants herein shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

1. any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violations;

2. any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and/or;

**Firearm(s) and Ammunition:**

1. a Taurus model 608 .357 magnum caliber revolver, serial number AY567722;
2. a Beretta model 20 .25 caliber pistol, serial number BE31054V;
3. a Sturm Ruger & Co. model P94, .40 S&W caliber pistol, serial number 341-51415;
4. a Glock model 30 .45 auto caliber pistol, serial number LUL209;
5. a Winchester model 37 .20 gauge shotgun, no serial number;
6. a Schuetzen Gun Works model CAR-AR .223/5.56x45mm caliber rifle, serial number T5196;
7. a Chinese-made SKS-type 7.62x39mm caliber rifle, serial number 18039314; and
8. Approximately 1,800 rounds of ammunition in various calibers.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL

GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

for

D. RYAN LOCKER
Assistant United States Attorney

5/20/26
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:26-CR-____ |
| | § | Judge __________ |
| JAMES ERVIN MATISI | § | |

**NOTICE OF PENALTY**

**COUNTS ONE - THREE**

Violation: Violation: 18 U.S.C. § 871(a)

Penalty: Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00, or both; supervised release of at least two years but not more than five years.

Special Assessment: $100.00

**COUNT FOUR**

Violation: Violation: 18 U.S.C. § 115(a)(1)(B)

Penalty: Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00, or both; supervised release of at least two years but not more than five years.

Special Assessment: $100.00

**COUNT FIVE**

Violation: Violation: 18 U.S.C. § 922(g)(9)

Penalty: Imprisonment for a term of not more than fifteen years; a fine not to exceed $250,000.00, or both; supervised release of at least two years but not more than five years.

Special Assessment: $100.00